# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Alan Weeks, an individual, doing business as K&W Sales and King Fresh Produce, LLC, a limited liability company

V.

Fresh-Pic-Produce Company, Inc, a California corporation; Frank Avila, an individual; Karina Saucedo, an individual; Clare Rubin, an individual; Fresh Cut Produce Company; Roberto Salinas; and Michael A. Almanza

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv2058-BTM(WVG)

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Alan Weeks, an individual doing business as K&W Sales and against Defendants Frank Avila, Karina Saucedo, and Fresh-Pic Produce Company, Inc., jointly and severally, in the principal amount of $181,008.20. Judgment is also entered in favor of Plaintiff K&W Sales and against Defendant Michael A. Almanza (individually and doing business as Pura Vida) in the principal amount of $37,914.80. Judgment is entered in favor of Plaintiff King Fresh Produce, LLC, and against Defendants Frank Avila, Karina Saucedo, and Fresh-Pic Produce Company, Inc., jointly and severally, in the principal amount of $24,227.50. Judgment is also entered in favor of Plaintiffs Alan Weeks, an individual doing business as K&W Sales, and King Fresh Produce, LLC, against Defendants Fresh Cut Produce Company, a corporation, and Roberto Salinas.

| May 17, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk
ENTERED ON May 17, 2012